Josephine N. Schroeder and William L. Schroeder, appellees, v. Maryland Casualty Company, appellant. Gen. No. 34,412.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed March 13, 1931.

Harry Z. and Bernard Perel, for appellant; Sydney R. Drebin, of counsel. Frederick A. Gariepy, for appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Minnie C. Butts, appellee, v. C. A. Erickson, appellant. Gen. No. 34,697.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 23, 1931.

Cohen & Berke, for appellant. Isidore Vise, for appellee; Menz I. Rosenbaum, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

M. A. Brinker, appellee, v. Loretta M. Pace et al., appellants. Gen. No. 34,741.

Opinion filed March 23, 1931.

Vincent P. Pace, pro se, and for other appellants; D. Ryan Twomey, of counsel. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The Fair, appellee, v. Louis G. Garber and Mrs. Louis G. Garber, his wife, appellants. Gen. No. 34,827.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 23, 1931.

Myer N. Rosengard, for appellants; Irving L. Block, of counsel. Smith & Holy, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.